UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ZELENIKA, NICHOLAS CAPORELLI and CHARLES RANEY, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH EDISON, an Exelon corporation, <br><br> Defendant. | ) <br> ) <br> ) No. 09 CV 2946 <br> ) <br> ) <br> ) <br> ) Judge Pallmeyer <br> ) Magistrate Judge Valdez <br> ) <br> ) <br> ) |

## Appendices to
## ComEd's LR 56.1(a)(3) Statement of Material Facts

| **Appendix** | **Description** |
|---|---|
| A. | Robert Pinto Affidavit & Aff. Exs. A-1, A-2 & A-3 |
| B. | Deposition Excerpts of Charles Raney & Dep. Ex. R-2 |
| C. | Deposition Excerpts of Julian Smith & Dep. Ex. S-2 |
| D. | Declaration of Nicholas Caporelli filed June 30, 2010 |
| E. | Declaration of Steven Zelenika filed June 30, 2010 (Decl. No. 2) |
| F. | Declaration of Steven Zelenika filed August 20, 2009 (Decl. No. 1) |
| G. | Fourth Amended Complaint |
| H. | Plaintiffs' Complete Consent Forms |
| I. | Deposition Excerpts of Nicholas Caporelli & Dep. Ex. C-5 |
| J. | Deposition Excerpts of Steven Zelenika & Dep. Ex. Z-8 & Ex. Z-3 |
| K. | Waivers of Right to Testify and Consents to be Bound Submitted by Plaintiffs Kaktis, Karriman, Parish and Lotarski |
| L. | Deposition Excerpts of Robert Pinto |
| M. | Brenda Martin Affidavit |
| N. | Deposition Excerpts of Mark Quinlan |
| O. | Deposition Excerpts of Gerald Peretti |
| P. | Deposition Excerpts of Richard Urban |

| Appendix | Description |
|---|---|
| Q. | Therea Strayer Affidavit & Aff. Exs. A, B and D |
| R. | Deposition Excerpts of Vincent Ransom |
| S. | Deposition Excerpts of Timothy McGuire |
| T. | Deposition Excerpts of Patrick Halihan |
| U. | Deposition Excerpts of Michael Latino |

M:\12872\pleading\Summary Judgment\exhibits-SOF.doc