UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ZELENIKA, NICHOLAS CAPORELLI and CHARLES RANEY, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH EDISON, an Exelon corporation, <br><br> Defendant. | ) <br> ) <br> ) No. 09 CV 2946 <br> ) <br> ) <br> ) <br> ) <br> ) Judge Pallmeyer <br> ) Magistrate Judge Valdez <br> ) <br> ) <br> ) |

## Appendices to ComEd's LR 56.1(b)(3)(B) Response to Plaintiffs' Statement of Facts and ComEd's LR 56.1(b)(3)(C) Statement of Additional Facts

| **Appendix** | **Description** |
|---|---|
| A. | Robert Pinto Affidavit & Aff. Ex. A-3 |
| B. | Brenda Martin Affidavit |
| C. | Declaration of Steven Zelenika filed June 30, 2010 |
| D. | Declaration of Nicholas Caporelli filed June 30, 2010 |
| E. | Deposition Excerpts of Steven Zelenika & Dep. Ex. Z-8 |
| F. | Deposition Excerpts of Charles Raney & Dep. Ex. R-2 |
| G. | Deposition Excerpts of Nicholas Caporelli & Dep. Ex. C-5 |
| H. | Deposition Excerpts of Julian Smith & Dep. Ex. S-2 |
| I. | Deposition Excerpts of Gerald Peretti |
| J. | Deposition Excerpts of Brian Goetz |
| K. | Deposition Excerpts of Robert Pinto |
| L. | Deposition Excerpts of Vincent Ransom |
| M. | Declaration of Steven Zelenika filed August 20, 2009 |