**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN ZELENIKA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 09 CV 2946 |
| | ) | |
| v. | ) | |
| | ) | |
| COMMONWEALTH EDISON, an Exelon corporation, | ) | Judge Pallmeyer |
| | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AGREED MOTION FOR APPROVAL
## OF SETTLEMENT AND TO DISMISS CASE

Defendant Commonwealth Edison Company ("ComEd") by its attorneys, with the concurrence of Plaintiffs, hereby moves the Court for entry of an order approving the parties' settlement and to dismiss this action with prejudice. In support, ComEd states:

1. This action was commenced in Illinois State Court in July 2008, where it was amended in April 2009 to assert overtime pay claims under the Fair Labor Standards Act and the Illinois Minimum Wage Law. ComEd then removed the action to this Court in May 2009.

2. In July 2012, the Court ruled on the parties' cross-motions for summary judgment, dismissing some of the claims but preserving others.

3. After extensive good faith arm's-length negotiations, with the assistance of a private mediator, the parties now have reached a mutually satisfactory, confidential settlement and release of all claims. A copy of the agreed-upon Settlement Agreement and General Release ("Settlement") will be submitted to the Court *en camera* on the date of the filing of this motion, but will not be filed in the public record. The settlement covers all eight individuals who were either named Plaintiffs or opt-in plaintiffs under the FLSA.

4.	Court approval of the parties' Settlement is important for its effectiveness under the FLSA. The parties agree that the terms of their Settlement are fair and reasonable.

5.	In consideration of the parties' agreement, and if the Court approves the Settlement, the parties mutually move for dismissal of this action with prejudice, without assessment of costs or fees to either party except as agreed in the Settlement.

6.	All Plaintiffs agree to this motion.

WHEREFORE, the parties respectfully request that the Court enter an order approving the Settlement and dismissing this action with prejudice.

Respectfully submitted,

COMMONWEALTH EDISON

Date: November 15, 2012		By:	/s/ *J. Stuart Garbutt*
					One of its attorneys

J. Stuart Garbutt
Meckler Bulger Tilson Marick & Pearson LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Tel:	312/474-7900
Fax:	312/474-7898
stuart.garbutt@mbtlaw.com

M:\12872\pleading\agreed mot for approval of stlmt.doc

## CERTIFICATE OF SERVICE

I, J. Stuart Garbutt, an attorney, certify that on November 15, 2012, I caused the **Agreed Motion for Approval of Settlement and to Dismiss Case** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Keith L. Hunt, Esq.
>Hunt & Associates, P.C.
>Three First National Plaza
>Suite 2100
>Chicago, IL  60602

                                                s/ J. Stuart Garbutt
                                       One of the attorneys for Defendant

J. Stuart Garbutt
Meckler Bulger Tilson Marick & Pearson LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Tel:     312/474-7900
Fax:    312/474-7898

M:\12872\pleading\agreed mot for approval of stlmt.doc